FILED
NOV 16 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06CR274-MHT |
| ) | [18 U.S.C. §§ 641 and 2] |
| SUKITA TEMAYA HAMILTON ) | |
| ) | INDICTMENT |
| ) | |
| ) | |

The Grand Jury charges:

### COUNTS 1 & 2

1. At all times relevant to this Indictment, the defendant, **SUKITA TEMAYA HAMILTON,** was a resident of Montgomery, Alabama.

2. On or about September 23, 2005, an application was filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, for benefits in connection with Hurricane Katrina, in the name of Sukita Hamilton. That application falsely represented that Hamilton had suffered losses to a property she rented as her primary residence in Harvey, Louisiana. Hamilton did not reside in Louisiana and did not suffer the losses claimed.

3. FEMA accepted the application and caused a United States Treasury check in the amount of $2,000 to be mailed to Hamilton in Montgomery, Alabama. Hamilton received the check and cashed it.

4. On or about September 24, 2005, a second application for benefits in connection with Hurricane Katrina was filed with FEMA, also in the name of Sukita

Hamilton. That application falsely represented that Hamilton had suffered losses to a different property she rented as her primary residence in Gretna, Louisiana. In fact, Hamilton did not reside at that address in Louisiana either and did not suffer the losses claimed.

5. FEMA accepted the second application and caused another United States Treasury check in the amount of $2,000 to be mailed to Hamilton in Montgomery, Alabama. Hamilton received the check and cashed it.

6. On or about the dates set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere, the defendant

**SUKITA TEMAYA HAMILTON,**

did, while aiding and abetting and while being aided and abetted by other persons both known and unknown to the Grand Jury, embezzle, steal, purloin, and knowingly convert to her own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, and did receive, conceal, and retain the same with the intent to convert it to her use and gain, knowing it to have been embezzled, stolen, purloined and converted as described below:

| COUNT | DATE | ITEM |
| --- | --- | --- |
| 1 | September 30, 2005 | FEMA disaster assistance funds in the amount of $2,000, check number 222123481098. |
| 2 | September 30, 2005 | FEMA disaster assistance funds in the amount of $2,000, check number 222123549846. |

All in violation of Title 18, United States Code, Sections 641 and 2.

A TRUE BILL:

*James Davis Williams*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
United States Attorney

*Christopher A. Snyder*
CHRISTOPHER A. SNYDER
Assistant United States Attorney