IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-274-MHT |
| | ) | |
| SUKITA TEMAYA HAMILTON | ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE CHARLES S. COODY, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Sukita Temaya Hamilton now in custody of Tutwiler Prison for Women, Wetumpka, Alabama, and that said cause is set for a hearing at Montgomery, Alabama, in this Honorable Court on December 27, 2006, at 10:00 a.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Tutwiler Prison for Women, Wetumpka, Alabama, commanding them to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on December 27, 2006, at 10:00 a.m.

Respectfully submitted this the 22nd of November, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-274-MHT |
| | ) | |
| SUKITA TEMAYA HAMILTON | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed November 22, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Tutwiler Prison for Women, Wetumpka, Alabama, commanding it to deliver Sukita Temaya Hamilton to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on December 27, 2006, at 10:00 am, and to return the prisoner to said official when the court shall have finished with her.

DONE this the _____ day of _____, 2006.

_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE