IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.         ) | CR. NO. 2:06-cr-274-MHT |
| ) | |
| SUKITA TEMAYA HAMILTON   ) | |

**O R D E R**

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed November 22, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Tutwiler Prison for Women, Wetumpka, Alabama, commanding it to deliver Sukita Temaya Hamilton to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on December 27, 2006, at 10:00 am, and to return the prisoner to said official when the court shall have finished with her.

Done this 22nd day of November, 2006.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE