COURTROOM DEPUTY MINUTES        DATE :  JANUARY 12, 2007

MIDDLE DISTRICT OF ALABAMA       DIGITAL RECORDED:  *1:2 __ -1:2 __*

---

## PRETRIAL CONFERENCE

PRESIDING MAG. JUDGE: CHARLES S. COODY     DEPUTY CLERK: WANDA STINSON

CASE NUMBER: 2:06CR-274-MHT-CSC        DEFENDANT NAME: SUKITA T. HAMILTON

## APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. ~~CHRISTOPHER SNYDER~~ *Stephen P. Feaga* | ATTY. JOSEPH VAN HEEST |

---

√   DISCOVERY STATUS: Complete.

_____

√   PENDING MOTION STATUS:   None.

_____

☑   PLEA STATUS: *possible plea*

_____

☑   TRIAL STATUS: *1 day to try case.*

_____

☐   REMARKS:

_____