IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06-cr-274-MHT |
| | ) | |
| SUKITA TEMAYA HAMILTON | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

**COMES NOW** the defendant, Sukita Temaya Hamilton, by and through undersigned counsel, Joseph P. Van Heest, and hereby notifies the Court of her intent to change her plea of not guilty to a plea of guilty.

Dated this 23rd day of January, 2007.

Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Hon. Christopher A. Snyder, Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

        Respectfully submitted,


        s/Joseph P. Van Heest
        **JOSEPH P. VAN HEEST**
        LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
        Post Office Box 4026
        402 South Decatur Street
        Montgomery, AL 36103-4026
        Phone: (334) 263-3551
        Fax: (334) 263-3227
        jpvanheestcourts@bellsouth.net
        AL Bar Code: VAN026