**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

**DATE:** 1/25/2007
**DIGITAL RECORDING:** 1:58 - 2:18 pm
**COURT REPORTER:** Risa Entrekin

☐ **ARRAIGNMENT**      ☑ **CHANGE OF PLEA**      ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**      ☐ **SENTENCING**

**PRESIDING MAG. JUDGE:** Moorer      **DEPUTY CLERK:** sql
**CASE NUMBER:** 2:06CR274-MHT      **DEFENDANT NAME:** Sukita Temaya HAMILTON
**AUSA:** Snyder      **DEFENDANT ATTORNEY:** Joe Van Heest

Type counsel ( )Waived; ( )Retained; (✓)CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? (✓)NO; ( )YES      Name:

☐ This is defendant's **FIRST APPEARANCE.**

☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.

☐ **ORAL ORDER** appointing Federal Public Defender. **Notice of Appearance to be filed.**

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**      ☐ Not Guilty
☑ Guilty as to:
☑ Count(s): 1
☑ Count(s): 2      ☐ dismissed on oral motion of USA
☑ to be dismissed at sentencing

☑ Written plea agreement filed   ☐ **ORDERED SEALED**

☐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____1_____.

☐ **CRIMINAL TERM:**      ☐ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE:**

☐ **ORDER:** Defendant continued under ☐ same bond;   ☐ summons; for:
☐ Trial on _____; ☐ Sentencing on _____

☑ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
☐ Trial on _____: or ☑ Sentencing on _____

☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
☐ Defendant requests time to secure new counsel